# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
February 14, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __MGR__
DEPUTY

| | |
|---|---|
| John Kenneth Rhine ) | |
| ) | |
| ) | Civil Action No. 5:23cv00419-HJB |
| Martin O'Malley ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Accordingly, for the reasons stated on the record at the February 13, 2024, hearing - and as summarized here - it is hereby ORDERED that the Commissioner's decision is VACATED and REMANDED for reconsideration consistent with this Order

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Henry J. Bemporad

Date: 02/14/2024

CLERK OF COURT  PHILIP J. DEVLIN

*Signature of Clerk or Deputy Clerk*